1 JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
KAUFMAN LAW OFFICE
2 220 Montgomery Street, Suite 976
San Francisco, CA 94104
3 Telephone: (415) 956-4616
Facsimile: (415) 956-1664
4 E-Mail: klo-jmk@pacbell.net

5 Attorney for Plaintiff

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8 SAN FRANCISCO DIVISION

10 SARABJIT KAUR THIND,                     Case No. C 06-1140 VRW

11                                          STIPULATION CONTINUING CASE
           Plaintiff,                       MANAGEMENT CONFERENCE AND
12                                          [PROPOSED] ORDER
      vs.
13
    EMILIO T. GONZALEZ,
14  Director, United States Citizenship and
    Immigration Services,
15
           Defendant.
16  _____/

17     Due to plaintiff's counsel's unavailability, the parties to the above captioned action, by and

18 through their respective attorneys of record, stipulate that the case management conference currently

19 scheduled for Tuesday, June 27, 2006 at 9:00 a.m. be continued to July 25, 2006 at 9:00 a.m. and

20 that a joint case management conference statement filed one week prior to the conference.

21 Dated: June 1, 2006

23 JONATHAN M. KAUFMAN
   Attorney for Plaintiff

24 Dated: 6/1/06

25 EDWARD A. OLSEN
   Assistant United States Attorney
26 Attorney for Defendant

28                            1

## ORDER

Pursuant to the parties' stipulation the case management conference in the above captioned action is continued to July 25, 2006 at 9:00 a.m. The parties are directed to file a joint case management conference statement one week prior to the conference.

**IT IS SO ORDERED.**

Dated: June 5, 2006



VAUGHN R. WALKER
United States Chief Judge

2