KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARABJIT KAUR THIND, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> EMILIO T. GONZALEZ, Director, United ) <br> States Citizenship and Immigration ) <br> Services, ) <br> ) <br>     Defendant. ) <br> _____) | No. C-06-1140-VRW <br><br> **STIPULATION TO DISMISS; AND** <br> **[PROPOSED] ORDER** |

    Plaintiff, by and through his attorneys of record, and defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has reopened the I-730 petitions filed by the plaintiff.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 06-1140-VRW                                              1

Date:   July 12, 2006                    Respectfully submitted,

                                         KEVIN V. RYAN
                                         United States Attorney


                                         /s/
                                         EDWARD A. OLSEN[1]
                                         Assistant United States Attorney
                                         Attorneys for Defendant



                                         /s/
Date: July 12, 2006                      JONATHAN KAUFMAN
                                         Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   7/13/06

                                         _____
                                         VAUGHN R. WALKER
                                         United States District Judge

---

[1] I, Edward A. Olsen, attest that both Jonathan Kaufman and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C 06-1140-VRW                    2